

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00148-CV

IN RE JAMES MICHAEL TESI                                      RELATOR

------------

ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and application for temporary relief, which we construe as a motion for temporary relief, and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and motion for temporary relief are denied.

PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J.; and GARDNER, J.

DELIVERED: April 19, 2012

---

[1]See Tex. R. App. P. 47.4, 52.8(d).